IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Keith Antravus DeSue, | ) | C/A No.: 1:18-2570-DCC-SVH |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER |
| Warden Williams, | ) | |
| Respondent. | ) | |

Petitioner, proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion for summary judgment on January 11, 2019. [ECF No. 22]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion and of the need for him to file an adequate response by February 11, 2019. [ECF No. 23]. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion[1] and wishes

---

[1] Petitioner filed a motion for appointment of counsel on January 28, 2019, but did not request an extension of time. [ECF No. 25]. The court denied the

to abandon this action. Based on the foregoing, Petitioner is directed to advise the court whether he wishes to continue with this case and to file a response to Respondent's motion for summary judgment by February 28, 2019. Petitioner is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

February 14, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

---

motion to appoint counsel on January 29, 2019. [ECF No. 26].